## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES PARKER,

              Petitioner

        v.

COURT OF COMMON PLEAS, FIRST
JUDICIAL DISTRICT OF PHILADELPHIA
COUNTY,

              Respondent

: No. 25 EM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.